# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Wilkes Laird
AVC - Cajun 2 D2 DOC No. 96019
1630 Prison Rd
Cottonport LA 71327

**REHEARING ACTION: January 16, 2013**

**Docket Number: 11   01502-KH**

**STATE OF LOUISIANA**
**VERSUS**
**WILKES LAIRD**

**Writ Application from Allen Parish Case No. C 2007-1530**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. John D. Saunders**
> **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Wilkes Laird** has this day been

> **DENIED.**

cc: Herbert Todd Nesom, Counsel for the Respondent